FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARALYN SOLIS,<br><br>Defendant. | No. 2:20-CR-00035-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS WITH LEAVE TO RENEW<br><br>**MOTION DENIED**<br>**(ECF No. 37)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 37**. Defendant states in her motion the United States does not oppose her request.

On March 16, 2020 Defendant appeared before this Court on an Indictment and was released *provided* she could obtain suitable housing first verified by Pretrial Services, **ECF No. 35**.

The motion now before the Court requests that upon release the Defendant will reside at one of the homeless shelters in the Spokane or Moses Lake areas. There is no mention of a specific shelter or organization that Pretrial Services can verify, and no proffer of how defendant can remain in contact and available to her attorney and Pretrial Services, or otherwise remain current on her court dates and other obligations of supervision.

///

ORDER - 1

1     For reasons stated above, **IT IS ORDERED**, Defendant's Motion for
2 Release, **ECF No. 37**, is **DENIED WITH LEAVE TO RENEW**.
3     **IT IS SO ORDERED.**
4     DATED April 1, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2