FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARALYN SOLIS,<br><br>Defendant. | No. 2:20-CR-00035-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>   **(ECF No. 39)** |

   Before the Court is Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 39**.  Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

   Specifically, Defendant has obtained housing in a clean and sober program run by Revive Center for Returning Citizens in Spokane, Washington.

   The Court having previously held a hearing on this motion and ordering pretrial release upon suitable housing being available, **ECF No. 35**, and now finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 39**, is **GRANTED**.  Defendant shall be released from the custody of the U.S. Marshal and reside in the location approved by U.S. Probation.

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 24, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2